**COHEN JOHNSON PARKER EDWARDS**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
CHARLES ("CJ") E. BARNABI JR., ESQ.
Nevada Bar No. 14477
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.: 18-12467-abl |
|---|---|
| HENRY IP, | Chapter 13 |
| Debtor. | |

**NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7**

NOTICE IS HEREBY GIVEN THAT Debtor, pursuant to 11 U.S.C. § 1307(a) hereby elects to voluntarily convert this Chapter 13 proceeding to a Chapter 7.

**DATED** this 14th day of May 2018.

COHEN|JOHNSON|PARKER|EDWARDS

By:   /s/ CJ Barnabi
H. Stan Johnson, Esq.
Nevada Bar No. 00265
Charles ("CJ") E. Barnabi Jr., Esq.
Nevada Bar No. 14477
375 East Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
*Attorneys for Debtor*

1

**CERTIFICATE OF SERVICE**

On this 14th day of May 2018 I served the foregoing:

1. **NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7**

I served the above-named documents by the following means to the persons listed below:

a. ☒ **ECF System**

H STAN JOHNSON on behalf of Debtor HENRY IP
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com;cj@cohenjohnson.com; sgondek@cohenjohnson.com

KATHLEEN A. LEAVITT courtsecf3@las13.com

b. ☒ **United States Mail, postage fully prepaid, to the attached Matrix**

See Mailing Matrix attached hereto.

c. ☐ **Personal Service**

d. ☐ **By direct email (as opposed to through ECF System)**

e. ☐ **By facsimile transmission**

f. ☐ **By messenger**

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED: May 14, 2018        /s/ C.J. Barnabi
                           An employee of Cohen Johnson Parker Edwards

2

```
Label Matrix for local noticing                                              Arvest Central Mortgage
0978-2                                                                       Acct No 1231302049
Case 18-12467-abl                                                            801 John Barrow Rd Ste 1
District of Nevada                                                           Little Rock, AR 72205-6599
Las Vegas
Sat May 12 00:02:58 PDT 2018

 (p)BANK OF AMERICA                  Barlow Douglas & Hall, CPAs, PLLC       Citibank/Sears
PO BOX 982238                        Acct No A-17-761993-C                   Acct No 5121072151899467
EL PASO TX 79998-2238                c/o Parry & Pfau                        Centralized Bankruptcy
                                     880 Seven Hills Dr., Ste. 210           Po Box 790034
                                     Henderson, NV 89052-4380                St Louis, MO 63179-0034


Costco Go Anywhere Citicard          Joseph & Wenie Cellura                  Mortgage Service Center/PHH Mortgage
Acct No 4100390438029486             Acct No A-15-725034                     Acct No 9547117528476
Citicorp Credit Services/Centralized Ban  c/o Richard Harris Law Firm        Attn: Bankruptcy Department
Po Box 790040                        801 S. 4th Street                       Po Box 5452
St. Louis, MO 63179-0040             Las Vegas, NV 89101-6708                Mount Laurel, NJ 08054-5452


Volkswagen Credit, Inc               Wells Fargo Home Mortgage
Acct No 893327378                    Acct No 9360297468092
Po Box 3                             Attn: Bankruptcy
Hillsboro, OR 97123-0003             Mac X7801-014     3476 Stateview Blvd
                                     Fort Mill, SC 29715
```



```
                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Bank Of America                      (d)Bank Of America                     End of Label Matrix
Acct No 251124004                    Acct No 4400664589158394                Mailable recipients    13
Attn: Bankruptcy                     Attn: Bankruptcy                        Bypassed recipients     0
Po Box 982238                        Po Box 982238                           Total                  13
El Paso, TX 79998                    El Paso, TX 79998
```